UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2022 JUL 13 PM 2:49
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

BOBBY M. KEMP,

   Plaintiff,

V.

MARK ZUCKERBURG,

   Defendant.

---

## CIVIL TORT FOR PERSONAL INJURY

COMES NOW, the Plaintiff, pro se and files this Civil Tort for Personal Injury in the above style cause and in support states the following:

1.) The Defendant is the C.E.O. of Meta Platforms Inc. (previously Facebook)

2.) This Tort is against the defendant in his personal capacity for his role in the unlawful practices committed by him and Meta Platforms Inc.

3.) The Plaintiff seeks this courts Personal jurisdiction because he lived in Orange and Osceola Counties, Florida where most of the actions bringing rise to the claim occurred.

COUNT 1: Violation of 18 U.S.C. § 2701 unlawful Access to Stored Communication & Florida Statute § 815.06 (2)(a) Exceeding the Authorized Use of a Computer network

While employed at Meta Platforms Inc. the defendant accessed the Plaintiff's stored Communication to obtain the facial recognition bio-information without permission from 2015-2021. This unauthorized access was used for Commercial advantage in connection with Meta Platforms marketing activities.

The defendant also directed other employees to engage in this violation of Federal and Florida laws.

COUNT 2: Violation of 18 U.S.C. § 2511 Interception and Disclosure of Electronic Communication & Florida Deceptive Use of Trade Practice Act § 501.204

The defendant engaged in training an Artificial Intelligence technology to intercept the electronic communication of the Plaintiff and to recognize the plaintiff in the intercepted electronic communications of others by using the Plaintiff's facial recognition bio-information. The intercepted communications were used to create a target profile of the plaintiff which was then sold as a Marketable commodity by Meta Platforms Inc from 2015-2021. There were no less than 1000 electronic communications intercepted by this Artificial Intelligence technology involving and belonging to the Plaintiff.

WHEREFORE, the Plaintiff prays this Honorable Court by its Order award the following relief:

Count 1: $100,000 Compensatory Damages for the Plaintiff's loss of privacy.

Count 1: Any profit made by the defendant in connection with the unlawful Access to stored communication belonging to the Plaintiff.

Count 2: $10,000 civil Penalty for violation of FDUTPA.

Count 2: $500,000 for each of the 1000 intercepted communications x $500 fine pursuant to 18 U.S.C. §2511.

Count 2: Injunctive Relief in the form of an order prohibiting the defendant from engaging in Artificial Intelligence technologies connected to commerce for violation of FDUTPA.

Date 07/04/2022                    _____
                                    Bobby M. Kemp
                                    564 NW 4th St.
                                    P.O. Drawer 1397
                                    Okeechobee, Fl. 34972
                                    Inmate # 3688